UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATRIKA MISSOURI MORGAN, ) | CASE NO: **EDCV19-02191-VEB** |
| ) | |
| Plaintiff, ) | ORDER AWARDING |
| ) | EAJA FEES |
| v. ) | |
| ) | |
| ANDREW SAUL, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorneys' fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND FIVE HUNDRED THIRTY DOLLARS and 55/cents ($3,530.55), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

Dated this 12th day of January, 2021,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE